UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

                                      Case No. 20-CR-20347

v.

                                      Honorable Thomas L. Ludington
CHRISTOPHER CORTEZ JONES,         Magistrate Judge Patricia T. Morris

        Defendant.
_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION, AND ACCEPTING DEFENDANT'S PLEA OF GUILTY**

On February 23, 2021, Magistrate Judge Patricia T. Morris conducted a plea hearing pursuant to Defendant Christopher Cortez Jones' consent. The Magistrate Judge issued her Report and Recommendation on February 18, 2021, recommending that this Court accept Defendant's plea of guilty. ECF No. 35.

Although the Magistrate Judge's Report explicitly stated that the parties to this action could object to and seek review of the recommendation within fourteen days of service of the Report, neither Plaintiff nor Defendant filed any objections. The failure to file objections waives any right to appeal the Magistrate Judge's findings that Defendant was competent to enter a plea, and that the plea was entered knowingly, voluntarily, without coercion, and with a basis in fact. *See* Fed. R. Crim. P. 11(b); *Thomas v. Arn*, 474 U.S. 140, 149 (1985).

Accordingly, it is **ORDERED** that the Magistrate Judge's Report and Recommendation, ECF No. 35, is **ADOPTED**.

-2-

It is further **ORDERED** that Defendant's plea of guilty is **ACCEPTED**.

Dated: March 31, 2021  s/Thomas L. Ludington
THOMAS L. LUDINGTON
United States District Judge